FILED

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**EASTERN DIVISION**

97 AUG 19 PM 2:01

U.S. ...
H.D. OF ...

ENTERED

AUG 1 9 1997

| | | |
|---|---|---|
| GARY COLLINSWORTH, | ] | |
| Plaintiff, | | |
| | ] | |
| vs. | | CV 96-PT-3106-E |
| | ] | |
| NATIONAL WIRELESS CABLE SYSTEMS, INC., et al,, | ] | |
| Defendants. | ] | |

| | | |
|---|---|---|
| NATIONAL WIRELESS CABLE  SYSTEMS, INC., et al | ] | |
| | ] | |
| Plaintiffs, | | |
| | ] | CV 97-P-1441-S |
| vs. | | |
| GARY COLLINSWORTH, et al, | ] | |
| Defendants. | ] | |

| | | |
|---|---|---|
| ABE GRIGLEN, | ] | |
| Plaintiff, | ] | |
| vs. | | CV 97-C-1437-E |
| | ] | |
| NATIONAL WIRELESS CABLE SYSTEMS, INC., et al, | ] | |
| Defendants. | ] | |

4

JULIA GORDON,                         ]

    Plaintiff,

                             ]

                                     CV 97-S-1438-E

    vs.

                             ]

NATIONAL WIRELESS CABLE
SYSTEMS, INC., et al,

                           ]

    Defendants.


MICHAEL PERRY,                        ]

    Plaintiff,

    vs.                              ]    CV 97-N-1439-E

NATIONAL WIRELESS CABLE
SYSTEMS, INC., et al,                 ]

    Defendants.                      ]


JESS PAGE, JR.,                       ]

    Plaintiff,                   CV 97-B-1440-E

                           ]

    vs.

NATIONAL WIRELESS CABLE SYSTEMS,  ]
INC., et al,

    Defendants.                      ]

EARLENE ELEBY,                          ]

    Plaintiff,                          ]

    vs.                                 ]    CV 97-C-1442-E

NATIONAL WIRELESS CABLE
SYSTEMS, INC., et al,                   ]

    Defendants.                         ]


WILLIAM WILDER and ALTHERIA             ]
WILDER,

    Plaintiffs,                         ]

    vs.                                 ]    CV 97-S-1443-E

NATIONAL WIRELESS CABLE SYSTEMS         ]
INC., et al,

    Defendants.                         ]

## MEMORANDUM

It has been called to the attention of this judge that the case purportedly assigned to him has

been transferred to the United States Bankruptcy Court for the Northern District of Alabama, Eastern

Division. In view of this, it would be appropriate for the judge who has the lowest case number

pending in this court to rule on the pending Motion To Consolidate filed by appellants on June 26,

1997. If that judge wishes to grant the motion and have all of the cases assigned to this judge, that

would be acceptable. The Clerk should determine which judge has the lowest case number and

advise that judge of said pending motion.

This ___18___ day of August, 1997.

**ROBERT B. PROPST**
**SENIOR UNITED STATES DISTRICT JUDGE**